1  Michael K. Brown (SBN 104252)
   Thomas J. Yoo (SBN 175118)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071
   Telephone:     213.457.8000
4  Facsimile:     213.457.8080
   Email: mkbrown@reedsmith.com
5  tyoo@reedsmith.com

6  Steven J. Boranian (SBN 174183)
   REED SMITH LLP
7  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
8  Telephone:     415.543.8700
   Facsimile:     415.391.8269
9  Email: sboranian@reedsmith.com

10 Dana A. Blanton (SBN 232373)
   REED SMITH LLP
11 1999 Harrison St., Suite 2400
   Oakland, CA  94610
12 Telephone:     510.763.2000
   Facsimile:     510.273.8832
13 Email: dblanton@reedsmith.com

14 Attorneys for Defendants
   Merck & Co., Inc.

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

19

20  BETTY PHARES,                        No.: 2:06-cv-02600-FCD-GGH

21              Plaintiff,                STIPULATION AND ORDER STAYING
                                          PROCEEDINGS PENDING TRANSFER TO
22  vs.                                   VIOXX MDL NO. 1657

23  MERCK & CO. INC., et al.             **Honorable Frank C. Damrell**

24              Defendants.

25

26

27

28

1   TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Betty Phares v. Merck & Co., Inc.*, *et al.* Case Number 2:06-cv-02600-FCD-GGH, was filed in state court on September 27, 2006 and removed to this Court on November 20, 2006. No discovery has been conducted or scheduled.

On November 21, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding. Merck expects the JPML to issue a conditional transfer order that includes this case in the next few weeks.

Plaintiff does not oppose the transfer of this case to the Vioxx MDL.

In light of the pending transfer of this case to the Vioxx MDL, the parties respectfully request that all proceedings be stayed so as to allow the JPML to rule on transfer of this tag along action.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1       SO STIPULATED.

2

3   Dated: December 19, 2006

4                                               **REED SMITH LLP**

5

                                                By:   ___/s/ Dana A. Blanton_____
6                                                     Dana A. Blanton
                                                      Attorney for Defendant
7                                                     MERCK & CO., INC.

8

9   Dated: December 19, 2006
                                                **KERSHAW CUTTER & RATINOFF LLP**
10

11                                              By:   ___/s/ David E. Smith_____
                                                      David E. Smith
12                                                    Attorney for Plaintiffs

                                                **ORDER**
13

14      IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this

15  Court.

16  Dated:  December 22, 2006

17

18

19  _____
    FRANK C. DAMRELL, JR.
20  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

– 2 –
STIPULATION and ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL